PROB 22

Docket No. (Transferring Court) **8:05CR62**
Docket No. (Receiving Court) __

## TRANSFER OF JURISDICTION

CO Case # 13-cr-00148-RBJ

Name and Address of Probationer/Supervised Releasee:
Wesley W. Pappas

District: Nebraska

Division: Omaha

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
U.S. District Judge

Dates of Probation/Supervised Release -   From: April 1, 2011
To:   March 31, 2014

Offense:   Felon in Possession of a Firearm
[18:922(G)(1)]

### PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4/10/2013

The Honorable Joseph F. Bataillon
U.S. District Judge

### PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the District of Colorado

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 17, 2013
Effective Date

s/Marcia S. Krieger
United States District Judge