**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**

Denise M. Lucks
Clerk of Court

www.ned.uscourts.gov

M. Therese Bollerup
Chief Deputy Clerk

April 24, 2013

Jeffrey P. Colwell, Clerk
United States District Court
Alfred A. Arraj United States Courthouse
Room A-105
901 19th Street
Denver, colorado 80294-3589

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 29 2013

JEFFREY P. COLWELL
CLERK

Re:  Wesly W. Pappas
     USDC-NE 8:05cr62
     *13-cr-00148-RBJ*

Dear Clerk:

Pursuant to the transfer order filed in our court on 4/23/2013, the probation/supervision of the above-mentioned individual is transferred to the District of Colorado.

Enclosed are the following documents along with a certified copy of the docket sheet:

1. Certified copy of the Indictment;
2. Certified copy of the Judgment & Commitment Order (with conditions of supervision); and
3. Certified copy of the Transfer of Jurisdiction Order.

Please acknowledge receipt of these documents at the bottom of this letter as indicated and return it to the Omaha office. Thank you for your assistance.

*mailed 4-29-13.*

Sincerely,

By:  s/ Tiwauna Lawrence
     Deputy Clerk

Enclosures
cc:  Chief Probation Officer - NE (without enclosures)
     Chief Probation Officer - CO (without enclosures)

The above-referenced documents were received by the U.S. District Court for the District of Colorado on _____.

Receiving Court's Assigned Case No: _____.

111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322
(402) 661-7350
Fax: (402) 661-7387
Toll Free: (866) 220-4381

100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803
(402) 437-1900
Fax: (402) 437-1911
Toll Free: (866) 220-4379

Forms-Letter_Probation_Transfer   01/08/13

PROB 22

Docket No. (Transferring Court) 8:05CR62
Docket No. (Receiving Court) __

## TRANSFER OF JURISDICTION

CO Case # 13-cr-00148-RBJ

Name and Address of Probationer/Supervised Releasee:
Wesley W. Pappas

District: Nebraska                          Division: Omaha

Name of Sentencing Judge: The Honorable Joseph F. Bataillon
                          U.S. District Judge

Dates of Probation/Supervised Release -    From: April 1, 2011
                                           To:   March 31, 2014

Offense:   Felon in Possession of a Firearm
           [18:922(G)(1)]

---

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

4/10/2013

The Honorable Joseph F. Bataillon
U.S. District Judge

---

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the District of Colorado

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 17, 2013
**Effective Date**

s/Marcia S. Krieger
United States District Judge

I certify this to be a true copy of
the original record in my custody.
OFFICE OF THE CLERK

Case No. 1:13-cr-00148-RBJ   Document 2   filed 04/29/13   USDC Colorado   pg 3 of 22

CM/ECF - U.S. District Court:cod                                    Page 1 of 2
8:05-cr-00062-JFB-FG3   Doc # 73-1   Filed: 04/23/13   Page 1 of 2 - Page ID # 337

TERMED

# U.S. District Court
## District of Colorado (Denver)
## CRIMINAL DOCKET FOR CASE #: 1:13-cr-00148-RBJ-1

Case title: USA v. Pappas                    Date Filed: 04/17/2013
                                            Date Terminated: 04/17/2013

Assigned to: Judge R. Brooke Jackson

**Defendant (1)**

**Wesley W. Pappas**
*TERMINATED: 04/17/2013*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| 18:922G.F: FELON IN POSSESSION OF A FIREARM | |

**Plaintiff**

| USA | represented by | **James R. Allison** |
|---|---|---|
| | | U.S. Attorney's Office-Denver |
| | | 1225 17th Street East |
| | | Suite 700 |
| | | Denver, CO 80202 |
| | | 303-454-0100 |
| | | Fax: 454-0403 |
| | | Email: james.allison2@usdoj.gov |
| | | *LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 04/17/2013 | 1 | Probation/Supervised Release Jurisdiction Transfer from District of Nebraska, Omaha as to Wesley W. Pappas (1). (Attachments: # 1 Judgment) (alvsl) (Entered: 04/18/2013) |
| 04/17/2013 |   | Criminal Case Terminated on 04/17/13. Text Only Entry. (alvsl) (Entered: 04/18/2013) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 04/24/2013 11:01:58 | | |
| **PACER Login:** | us3830 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 1:13-cr-00148-RBJ |
| **Billable Pages:** | 1 | **Cost:** 0.10 |

CLOSED,TRIAL-OMAHA

### U.S. District Court
### District of Nebraska (8 Omaha)
### CRIMINAL DOCKET FOR CASE #: 8:05-cr-00062-JFB-FG3-1
### Internal Use Only

Case title: USA v. Pappas

Date Filed: 02/24/2005
Date Terminated: 12/08/2005

Assigned to: Judge Joseph F. Bataillon
Referred to: Magistrate Judge F.A.
Gossett

**Defendant (1)**

**Wesley W. Pappas**
*TERMINATED: 12/08/2005*
*alias*
Wesley Pantona
*TERMINATED: 12/08/2005*

represented by **David R. Stickman**
FEDERAL PUBLIC DEFENDER'S
OFFICE - OMAHA
One Central Park Plaza
222 South 15th Street
Suite 300N
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: david_stickman@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Richard H. McWilliams**
FEDERAL PUBLIC DEFENDER'S
OFFICE - OMAHA
222 South 15th Street
Suite 300N, One Central Park Plaza
Omaha, NE 68102
(402) 221-7896
Fax: (402) 221-7884
Email: rich_mcwilliams@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

ECF DOCUMENT
I hereby attest and certify this is a printed
copy of a document which was
electronically filed with the US District
Court for the District of Nebraska.
Date Filed: 4/24/1
OFFICE OF THE CLERK
By
            Deputy Clerk

**Pending Counts**

18:922(G)(1) - FIREARM
POSSESSION BY FELON

**Disposition**

Defendant pleaded guilty to Count I of
the Indictment and is committed to the
custody of the Bureau of Prisons for a

(1)                                          term of 77 months; 3 years supervised
                                             release with special conditions; $100
                                             special assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                        **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                               **Disposition**

None

---

**Plaintiff**

USA                              represented by   **Michael D. Wellman**
                                                  U.S. ATTORNEY'S OFFICE -
                                                  OMAHA
                                                  1620 Dodge Street
                                                  Suite 1400
                                                  Omaha, NE 68102-1506
                                                  (402) 661-3700
                                                  Fax: (402) 661-3081
                                                  Email: michael.wellman@usdoj.gov
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|------------|---|-------------|
| 02/24/2005 | 1 | INDICTMENT with foreperson's signature redacted pursuant to the E-Government Act. PART 1 OF 2as to defendant(s) Wesley W. Pappas. (PCV, ) Modified on 2/25/2005 to reflect correct filing date (PCV, ). (Entered: 02/25/2005) |
| 02/24/2005 | 🔒 2 | PART 2 OF 2 - FOREPERSON'S SIGNATURE PAGE regarding Indictment 1 as to defendant(s) Wesley W. Pappas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (PCV, ) (Entered: 02/25/2005) |
| 02/24/2005 | 🔒 3 | CRIMINAL COVER SHEET as to defendant(s) Wesley W. Pappas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. |

| | | |
|---|---|---|
| | | (PCV, ) (Entered: 02/25/2005) |
| 02/25/2005 | 🔒 | *SEALED* ARREST WARRANT ISSUED as to defendant(s) Wesley W. Pappas. Signed by Deputy Clerk on 2/25/2005. (PCV, ) Modified on 2/25/2005 to reflect correct filing date(PCV, ). (Entered: 02/25/2005) |
| 03/04/2005 | 🔒 | (Court only) ***Arrest on 3/4/05 as to defendant Wesley W. Pappas (KBJ) (Entered: 03/08/2005) |
| 03/07/2005 | 4 | MOTION for Writ of Habeas Corpus Ad Prosequendum by Attorney Michael D. Wellman as to defendant(s) Wesley W. Pappas. (Wellman, Michael) (Entered: 03/07/2005) |
| 03/07/2005 | 🔒 6 | ARREST WARRANT RETURNED EXECUTED on 3/4/05 as to defendant Wesley W. Pappas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (KBJ) (Entered: 03/08/2005) |
| 03/08/2005 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 3/8/2005. (ARL, ) (Entered: 03/08/2005) |
| 03/08/2005 | | Writ of of Habeas Corpus Ad Prosequendum Issued as to Wesley W. Pappas. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. Copies to USM and USA. (JSF) (Entered: 03/08/2005) |
| 03/09/2005 | 7 | ORDER APPOINTING COUNSEL - The Federal Public Defender appointed as counsel for the defendant Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 3/9/2005. (MLF, ) (Entered: 03/09/2005) |
| 03/09/2005 | 8 | ORDER FOR PROGRESSION OF A CRIMINAL CASE - pretrial motions due 3/29/05 - discovery due 3/16/05 - as to defendant Wesley W. Pappas. Jury Trial set for 5/2/2005 at 9:00 AM before Judge Thomas M. Shanahan. Signed by Magistrate Judge F. A. Gossett on 3/9/2005. (MLF, ) (Entered: 03/09/2005) |
| 03/09/2005 | 9 | Minute Entry for proceedings held on 3/9/2005 before Magistrate Judge F. A. Gossett as to defendant Wesley W. Pappas. Initial Appearance/Arraignment on Indictment. Defendant requests counsel. Court appoints Federal Public Defender. Not guilty plea entered on all counts. Government does adopt open file policy regarding discovery. Detention hearing held. Government's oral motion for detention is granted. Progression order issued. Written order forthcoming.Defendant remanded to the custody of the U.S. Marshal to be detained pending further order of the court. Appearance for Plaintiff: Frederick Franklin (for Michael Wellman); Defendant: David R. Stickman, FPD; Courtroom Deputy: Marian Lea Frahm; Court Reporter: Digital Recorder; Time Commenced: 1:01 p.m. Time Concluded: 1:10 p.m.; Time in Court: 9 minutes. |

| | | | |
|---|---|---|---|
| | | | THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 03/09/2005) |
| 03/09/2005 | | 10 | ORDER of Detention pending trial as to defendant Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 3/9/2005. Certified copy to USM. (MLF, ) (Entered: 03/09/2005) |
| 03/16/2005 | 🔒 | 11 | *SEALED* EX PARTE MOTION for issuance of subpoena duces tecum and request to file under seal by Attorney David R. Stickman as to defendant Wesley W. Pappas. (DKM, ) (Entered: 03/17/2005) |
| 03/16/2005 | 🔒 | 12 | *SEALED* AFFIDAVIT in Support of Exparte Motion for Issuance of Subpoena (DKM, ) (Entered: 03/17/2005) |
| 03/16/2005 | 🔒 | 13 | *SEALED* ORDER granting 11 Ex Parte Motion as to Wesley W. Pappas (1) Signed by Magistrate Judge F. A. Gossett on 3/16/2005. (DKM, ) (Entered: 03/17/2005) |
| 03/16/2005 | 🔒 | 14 | *SEALED* Sealed Subpoena Issued (COPY) (DKM, ) (Entered: 03/17/2005) |
| 03/21/2005 | 🔒 | 15 | Subpoena Returned Executed on 3/16/05 ACCESS TO THE PDF DOCUMENT IS RESTRICTED PURSUANT TO THE E-GOVERNMENT ACT. ACCESS IS LIMITED TO COUNSEL OF RECORD AND THE COURT. (KBJ, ) (Entered: 03/22/2005) |
| 03/29/2005 | | 16 | MOTION to Suppress *and Request for Evidentiary Hearing and Oral Argument* by Attorney David R. Stickman as to defendant(s) Wesley W. Pappas. (Stickman, David) (Entered: 03/29/2005) |
| 03/29/2005 | | 17 | BRIEF In Support of Motion to Suppress 16 *Evidence* by Attorney David R. Stickmanas to defendant(s) Wesley W. Pappas (Stickman, David) (Entered: 03/29/2005) |
| 04/04/2005 | | 18 | ORDER regarding 16 Motion to Suppress as to Wesley W. Pappas. Motion set for hearing on April 13, 2005 at 9:00 a.m. before Magistrate Judge F.A. Gossett. Signed by Magistrate Judge F. A. Gossett on 4/4/2005. (MLF, ) (Entered: 04/04/2005) |
| 04/04/2005 | 🔒 | | (Court only) Set/Reset Deadlines MOTION to Suppress 16 as to defendant Wesley W. Pappas. Motion Hearing set for 4/13/2005 at 9:00 AM before Magistrate Judge F. A. Gossett. (MLF, ) (Entered: 04/04/2005) |
| 04/05/2005 | | 19 | MOTION to Extend *Time to File Response Brief* by Attorney Michael D. Wellman as to defendant(s) Wesley W. Pappas. (Wellman, Michael) (Entered: 04/05/2005) |
| 04/07/2005 | | 20 | ORDER granting Motion for Extension of Time to File Response Brief 19 . The government's response brief to the defendant's Motion to Suppress 16 shall be due on or before April 8, 2005 as to Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 4/7/2005. (MLF, ) (Entered: 04/07/2005) |
| | | | |

District of Nebraska                                                                 Page 5 of 11

| 04/12/2005 | 21 | BRIEF in Opposition to Motion to Suppress by Attorney Michael D. Wellmanas to defendant(s) Wesley W. Pappas (Wellman, Michael) (Entered: 04/12/2005) |
| 04/13/2005 | 22 | WITNESS LIST from hearing held on 4/13/05 as to defendant Wesley W. Pappas. (MLF, ) (Entered: 04/13/2005) |
| 04/13/2005 | 23 | EXHIBIT LIST from hearing held on 4/13/05 as to defendant Wesley W. Pappas. (MLF, ) (Entered: 04/13/2005) |
| 04/13/2005 | 24 | Minute Entry for proceedings held on 4/13/2005 before Magistrate Judge F. A. Gossett as to defendant Wesley W. Pappas. Motion Hearing on: Motion to Suppress 16 . Evidence by Plaintiff and Defendant. Defendant orally amends motion. Government requests additional time to review Exhibit 105 (CD). Record to be left open until April 15, 2005. Transcript ordered. Appearance for Plaintiff: Michael D. Wellman; Defendant: David R. Stickman, FPD;Courtroom Deputy: Marian Lea Frahm; Court Reporter: Digital Recorder; Time Commenced: 9:38 a.m.; Time Concluded: 11:16 a.m.; Time in Court: 1 hour and 38 minutes. THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (MLF, ) (Entered: 04/13/2005) |
| 04/15/2005 | 25 | ORDER as to defendant Wesley W. Pappas. Counsel for the government has informed the court that they do not request additional evidence regarding the hearing on the Motion to Suppress 16 held on April 13, 2005. Therefore, the matter will be deemed at issue upon receipt of the transcript. Signed by Magistrate Judge F. A. Gossett on 4/15/2005. (MLF, ) Modified on 4/18/2005 to correct grammer. (MLF, ). (Entered: 04/15/2005) |
| 04/20/2005 | 🔓 26 | TRANSCRIPT of Proceedings before Magistrate Judge Gossett, held on 4-13-05 regarding motion to suppress. Transcriber: Diana Wilkey; Total Number of Billable Pages: 78. Total Number of Pages: 79. To purchase a copy of this transcript, please contact Diana Wilkey at 332-4604 or dkwilkey@cox.net as to defendant(s) Wesley W. Pappas, Wesley W. Pappas. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (Wilkey, Diana) Modified on 5/2/2005 by removing the word unredacted as a Notice of Intent to Request for Redaction was not filed (KBJ). (Entered: 04/20/2005) |
| 05/02/2005 | | NOTICE of Docket Text Modification by Deputy Clerk regarding Transcript - 26 ; This transcript was made available to the public as a Notice of Redaction was not filed. (KBJ) (Entered: 05/02/2005) |
| 05/02/2005 | 🔒 | (Court only) ***Terminate Notice of Redaction Deadline as to defendant Wesley W. Pappas (KBJ) (Entered: 05/02/2005) |
| 05/02/2005 | 27 | GENERAL ORDER 2005-08 that this case is reassigned from Judge Shanahan to Judge Joseph F. Bataillon as to defendant Wesley W. |

| | | |
|---|---|---|
| | | Pappas. Signed by Judge Joseph F. Bataillon on 5/2/2005. (ADB) (Entered: 05/02/2005) |
| 05/13/2005 | 28 | REPORT AND RECOMMENDATION that MOTION to Suppress 16 be denied as to defendant(s) Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 5/13/2005. (CLS, ) (Entered: 05/13/2005) |
| 05/26/2005 | 29 | OBJECTION to Report and Recommendation 28 by Attorney David R. Stickmanas to defendant(s) Wesley W. Pappas (Stickman, David) (Entered: 05/26/2005) |
| 05/26/2005 | 30 | BRIEF In Support of Objection to Report and Recommendation 29 by Attorney David R. Stickmanas to defendant(s) Wesley W. Pappas (Stickman, David) (Entered: 05/26/2005) |
| 05/26/2005 | 31 | MOTION for Court Order Authorizing the Defendant's Marriage by Attorney David R. Stickman as to defendant(s) Wesley W. Pappas. (Stickman, David) (Entered: 05/26/2005) |
| 05/27/2005 | 32 | ORDER granting 31 Motion for Court Order Authorizing the Defendant's Marriage as to Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 5/27/2005. (MLF, ) (Entered: 05/27/2005) |
| 05/31/2005 | 33 | ORDER that before the court is Magistrate Judge F.A. Gossett's Report and Recommendation 28 regarding defendant Wesley Pappas' Motion to Suppress 16 . Defendant hasobjected to numerous portions of the magistrate's report. However, a review of the recordindicates that the magistrate's report failed to address the Miranda issues raised by thedefendant. Accordingly, this case is returned to Magistrate Judge Gossett for furtherconsiderationas to Wesley W. Pappas (1). Signed by Judge Joseph F. Bataillon on 5/31/2005. (ADB) (Entered: 05/31/2005) |
| 06/01/2005 | 34 | AMENDED REPORT AND RECOMMENDATION that MOTION to Suppress 16 be granted as to defendant's un-Mirandized statements and denied in all other respects as to defendant(s) Wesley W. Pappas. Signed by Magistrate Judge F. A. Gossett on 6/1/2005. (CLS, ) (Entered: 06/01/2005) |
| 06/03/2005 | 35 | BRIEF Supplemental Brief Opposing Motion to Suppress by Attorney Michael D. Wellmanas to defendant(s) Wesley W. Pappas (Wellman, Michael) (Entered: 06/03/2005) |
| 06/03/2005 | 36 | OBJECTION to Report and Recommendation, 34 by Attorney Michael D. Wellmanas to defendant(s) Wesley W. Pappas (Wellman, Michael) (Entered: 06/03/2005) |
| 06/15/2005 | 37 | OBJECTION to Magistrate Judge's Amended Recommendation by Attorney David R. Stickmanas to defendant(s) Wesley W. Pappas (Stickman, David) (Entered: 06/15/2005) |
| 06/15/2005 | 38 | BRIEF In Support of Objection 37 to Magistrate Judge's Amended Recommendation by Attorney David R. Stickmanas to defendant(s) |

| | | |
|---|---|---|
| | | Wesley W. Pappas (Stickman, David) (Entered: 06/15/2005) |
| 06/22/2005 | 🔒 | (Court only) ***Motions No Longer Referred OBJECTION *to Magistrate Judge's Amended Recommendation* 37 as to defendant(s) Wesley W. Pappas (CLS, ) (Entered: 06/22/2005) |
| 07/14/2005 | 🔒 | (Court only) ***Excludable(s) stopped as to defendant(s) Wesley W. Pappas (SMS, ) (Entered: 07/14/2005) |
| 07/18/2005 | 39 | MEMORANDUM AND ORDER adopting 34 Magistrate's Report and Recommendation ; overruling 36 government's Objection; overruling 37 defendant's Objection ; granting in part and denying in part 16 Motion to Suppress as to Wesley W. Pappas (1). Signed by Judge Joseph F. Bataillon on 7/18/2005. (SMS, ) (Entered: 07/18/2005) |
| 07/18/2005 | 40 | TRIAL ORDER as to defendant Wesley W. Pappas - Jury Trial set for 8/29/2005 at 08:30 AM before Chief Judge Joseph F. Bataillon. Signed by Magistrate Judge Thomas D. Thalken on 7/18/2005. (PAV, ) (Entered: 07/18/2005) |
| 08/25/2005 | 41 | ORDER scheduling Change of Plea Hearing on 8/30/2005 10:00 AM in Courtroom 3 (Omaha) before Chief Judge Joseph F. Bataillonas to defendant(s) Wesley W. Pappas. Signed by Judge Joseph F. Bataillon on 8/25/2005. (SMS, ) (Entered: 08/25/2005) |
| 08/26/2005 | 42 | PLEA AGREEMENT as to defendant(s) Wesley W. Pappas (Wellman, Michael) (Entered: 08/26/2005) |
| 08/26/2005 | 43 | PETITION to enter plea of guilty as to defendant(s) Wesley W. Pappas (Wellman, Michael) (Entered: 08/26/2005) |
| 08/30/2005 | 44 | Minute Entry for proceedings held before Judge Joseph F. Bataillon as to defendant Wesley W. Pappas.Plea Hearing held on 8/30/2005. Defendant enters plea of guilty on count I; Plea accepted; Plea Agreement not approved at this time, pending review of Presentence Investigation; Presentence Investigation requested; sentencing scheduled for 11/30/05 at 1:00 p.m. Defendant remanded to the custody of the U.S. Marshal. Hearing held in Omaha. Courtroom Deputy: Tracy Slagle. Reporter: Allan Kuhlman. Appearance for Plaintiff: Michael Wellman; For Defendant: David R. Stickman, FPD. Time in court: 20 minutes Interpreter Used: no;THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (TJS) (Entered: 08/30/2005) |
| 08/30/2005 | 45 | ORDER ON SENTENCING SCHEDULE - Sentencing set for 11/30/2005 at 01:00 PM before Chief Judge Joseph F. Bataillon as to defendant(s) Wesley W. Pappas . Signed by Judge Joseph F. Bataillon on 8/30/2005. (TJS) (Entered: 08/30/2005) |
| 10/27/2005 | 46 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT - as to Wesley W. Pappas by Attorney David R. Stickmanas to defendant(s) Wesley W. Pappas (Stickman, David) (Entered: |

| | | |
|---|---|---|
| | | 10/27/2005) |
| 11/30/2005 | 47 | Minute Entry for Sentencing Hearing held on 11/30/05 before Judge Joseph F. Bataillon in Omaha. Defendant is sentenced to: the Bureau of Prisons for a term of 77 months; Supervised release for a term of 3 years with special conditions. Special assessment in the amount of $100.00. Hearing held on objections to the presentence report. Plea and plea agreement accepted. Defendant remanded to the custody of the U.S. Marshal as to defendant Wesley W. Pappas. Courtroom Deputy: Kamala B. Jewett. Reporter: Allan Kuhlman. Appearance for Plaintiff: Michael D. Wellman; For Defendant: David R. Stickman, FPD. Time Start: 1:05pm Time Stop: 1:40pm Total time in court: 35 minutes. Interpreter Used: no; THIS IS A TEXT ONLY ENTRY. A PDF DOCUMENT IS NOT ATTACHED TO THIS ENTRY. (KBJ) (Entered: 12/01/2005) |
| 12/08/2005 | 48 | JUDGMENT as to Wesley W. Pappas (1): Defendant pleaded guilty to Count I of the Indictment and is committed to the custody of the Bureau of Prisons for a term of 77 months; 3 years supervised release with special conditions; $100 special assessment. Signed by Judge Joseph F. Bataillon on 12/8/2005. 4 certified copies USM (JAE, ) (Entered: 12/08/2005) |
| 12/08/2005 | 🔒 49 | *SEALED* STATEMENT OF REASONS for sentence regarding Judgment 48 as to defendant Wesley W. Pappas. Signed by Judge Joseph F. Bataillon on 12/8/2005. Copy to USA, counsel for defendant (JAE, ) (Entered: 12/08/2005) |
| 12/08/2005 | 🔒 | (Court only) ***Exhibit List Deadline as to defendant Wesley W. Pappas. Exhibit Deadline set for 12/23/2005. (JAE, ) (Entered: 12/08/2005) |
| 12/14/2005 | 50 | NOTICE OF APPEAL by Attorney David R. Stickman as to defendant(s) Wesley W. Pappas. (Stickman, David) (Entered: 12/14/2005) |
| 12/15/2005 | 51 | COPY OF IFP MEMO regarding Notice of Appeal to USCA 50 prepared by the Clerk and sent to Judge Bataillon as to defendant Wesley W. Pappas. (JAE, ) (Entered: 12/15/2005) |
| 12/15/2005 | 🔒 | (Court only) ***Remark - Non-Public - Copy of Notice of Appeal 50 sent to counsel for defendant Wesley W. Pappas. (JAE, ) (Entered: 12/15/2005) |
| 12/15/2005 | 52 | ORDER that the defendant is permitted to proceed on appeal in forma pauperis regarding Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas. Signed by Judge Joseph F. Bataillon on 12/15/2005. (JAE, ) (Entered: 12/16/2005) |
| 12/16/2005 | 53 | NOTIFICATION OF APPEAL AND NOA SUPPLEMENT by Clerk to USCA regarding Notice of Appeal to USCA 50 including Report and Recommendation regarding Motion to Suppress 28 , Order on Report and Recommendations 33 , Amended Report and |

| | | |
|---|---|---|
| | | Recommendation regarding Motion to Suppress <u>34</u> , Memorandum and Order regarding Motion to Suppress <u>39</u> , Judgment <u>48</u> , Order regarding IFP status of Appeal <u>52</u> . Notice of Appeal filed on 12/14/05 by Defendant Wesley W. Pappas. (JAE, ) (Entered: 12/16/2005) |
| 12/16/2005 | | ***Appeal Receipt of Notice of Appeal and supporting documents transmitted to USCA on: Fri Dec 16 10:02:18 CST 2005 (JAE, ) (Entered: 12/16/2005) |
| 12/16/2005 | 🔒 54 | *SEALED* PRESENTENCE INVESTIGATION REPORT as to defendant(s) Wesley W. Pappas (Lincoln, Kimberly) (Entered: 12/16/2005) |
| 12/16/2005 | 🔒 55 | *SEALED* SENTENCING RECOMMENDATIONS as to defendant(s) Wesley W. Pappas (Lincoln, Kimberly) (Entered: 12/16/2005) |
| 12/19/2005 | 56 | SCHEDULING LETTER from USCA - 8th Circuit as to Notice of Appeal to USCA <u>50</u> ; Appellate Docket Number: 05-4373 as to defendant Wesley W. Pappas, Transcript Designation set for 1/3/2006. Clerks Record of Designation set for 1/5/2006. (Attachments: # <u>1</u> Transmittal Letter)(ADB) (Entered: 12/19/2005) |
| 12/19/2005 | 57 | COPY of Order from USCA - 8th Circuit (05-4373) that the Federal Public Defender is appointed to represent, or continue to represent, the defendant Wesley W. Pappas. (ADB) (Entered: 12/19/2005) |
| 01/03/2006 | 🔓 58 | TRANSCRIPT of Proceedings before Judge Bataillon, held on November 30, 2005 regarding sentencing. court reporter: Allan G. Kuhlman; Total Number of Billable Pages: 25. Total Number of Pages: 25. To purchase a copy of this transcript, please contact Allan G. Kuhlman at 661-7305 as to defendant(s) Wesley W. Pappas, Wesley W. Pappas. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be made electronically available without redaction. (AGK, ) Modified on 1/13/2006 by removing the word unredacted as a notice of intent to request redaction was not filed. (AST) (Entered: 01/03/2006) |
| 01/04/2006 | 59 | DESIGNATED CLERK'S RECORD with index sent to USCA - 8th Circuit regarding Notice of Appeal to USCA <u>50</u> as to defendant Wesley W. Pappas (KBJ) (Entered: 01/04/2006) |
| 01/13/2006 | | NOTICE of Docket Text Modification by Deputy Clerk regarding <u>58</u> TRANSCRIPT of Proceedings before Judge Bataillon, held on November 30, 2005 regarding sentencing. court reporter: Allan G. Kuhlman; Total Number of Billable Pages: 25. Total Number of Pages: 25. To purchase a copy of this transcript, please contact Allan G. Kuhlman at 661-7305 as to defendant(s) Wesley W. Pappas, Wesley W. Pappas. A party must file a Notice of Intent to Request Redaction within 5 business days. If a party fails to request redaction, the unredacted transcript attached to this entry will be |

| | | |
|---|---|---|
| | | made electronically available without redaction. (AGK, ) Modified on 1/13/2006 by removing the word unredacted as a notice of intent to request redaction was not filed. (AST) (Entered: 01/13/2006) |
| 01/13/2006 | 🔒 | (Court only) ***Terminate Redaction Deadline as to defendant Wesley W. Pappas (AST) (Entered: 01/13/2006) |
| 01/19/2006 | 60 | RECEIPT signed by the clerk of the 8th Circuit Court of Appeals acknowledging receipt of the Designated Clerk's Record and ECF Transcripts (T26), (T58) as to defendant Wesley W. Pappas. (KBJ) (Entered: 01/19/2006) |
| 04/19/2006 | 61 | Transmittal Letter to the USCA 8th Circuit (04-4373) regarding Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas. Per request of the defense attorney exhibit number 105 from the suppression hearing held 4/13/05 was sent to the USCA 8th Circuit, using UPS next day service. (JAE, ) (Entered: 04/19/2006) |
| 05/12/2006 | 62 | Transmittal Sheet regarding Exhibit from suppression hearing held 4/13/06 as to defendant(s) Wesley W. Pappas (PCV, ) (Entered: 05/12/2006) |
| 05/22/2006 | 63 | Judgment Returned Executed as to defendant(s)Wesley W. Pappas (PCV, ) (Entered: 05/22/2006) |
| 06/26/2006 | 64 | COPY of Opinion of USCA - 8th Circuit (05-4373) that the judgment of the District Court is affirmed regarding Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas (Attachments: # 1 transmittal letter) (KBJ) (Entered: 06/26/2006) |
| 06/28/2006 | 65 | PAPER COPY of Opinion of USCA - 8th Circuit (05-4373) that the judgment of the District Court is affirmed regarding Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas (Attachments: # 1 transmittal letter)(KBJ) (Entered: 06/29/2006) |
| 07/14/2006 | 66 | RECORD on appeal returned from USCA - 8th Circuit regarding Notice of Appeal to USCA 50 including Transcripts (T26), (T58), and Exhibit 1 as to defendant Wesley W. Pappas (KBJ) (Entered: 07/14/2006) |
| 07/21/2006 | 67 | Letter by Clerk of the 8th Circuit Court of Appeals that the mandate of this Court is being sent to the clerk of the district court. Any district court records in this court's possession will be returned shortly regarding Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas (KBJ) (Entered: 07/21/2006) |
| 07/26/2006 | 68 | CERTIFIED (PAPER) copy of Opinion of USCA - 8th Circuit (05-4373) that the judgment of the District Court in this cause is affirmed in accordance with the opinion of this Court regarding the Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas. (KBJ) (Entered: 07/26/2006) |
| 07/26/2006 | 69 | MANDATE/JUDGMENT from USCA - 8th Circuit (05-4373) that the judgment of the District Court is affirmed in accordance with the |

District of Nebraska                                                                 Page 11 of 11

| | | |
|---|---|---|
| | | opinion of this Court regarding the Notice of Appeal to USCA 50 as to defendant Wesley W. Pappas (Attachments: # 1 transmittal letter) (KBJ) (Entered: 07/26/2006) |
| 01/11/2007 | 70 | RECEIPT FOR EXHIBITS signed by defendant's counsel as to defendant Wesley W. Pappas. (KBJ, ) (Entered: 01/12/2007) |
| 01/11/2007 | 🔒 | (Court only) ***Terminate Exhibit List Deadlines as to defendant Wesley W. Pappas (KBJ, ) (Entered: 01/12/2007) |
| 05/07/2012 | 71 | ORDER APPOINTING COUNSEL - The Federal Public Defender for the District of Nebraska is appointed as counsel as to defendant Wesley W. Pappas. Ordered by Magistrate Judge F.A. Gossett. (SLP) (Entered: 05/07/2012) |
| 05/07/2012 | 🔒🔒 72 | *SEALED* CJA 23 Financial Affidavit by Wesley W. Pappas. THIS DOCKET ENTRY AND PDF DOCUMENT ARE SEALED PURSUANT TO AN ORDER OF THE COURT AND/OR LEGAL AUTHORITY GOVERNING SEALED FILINGS. ACCESS IS LIMITED ONLY TO THE COURT. (TEL) (Entered: 05/07/2012) |
| 04/23/2013 | 🔒 73 | Probation Jurisdiction Transferred to USDC-District of Colorado as to Wesley W. Pappas. ACCESS TO THE PDF DOCUMENT IS RESTRICTED TO CASE PARTICIPANTS AND THE COURT PURSUANT TO THE E-GOVERNMENT ACT AND FEDERAL RULE OF CRIMINAL PROCEDURE 49.1(a). ALL COUNSEL OF RECORD IN MULTI-DEFENDANT CASES MAY ACCESS THIS DOCUMENT. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet as to defendant Wesley W. Pappas. Ordered by Judge Joseph F. Bataillon. (Attachments: # 1 District of Colorado Docket Sheet)(TCL ) (Entered: 04/24/2013) |
| 04/24/2013 | 74 | Transmittal Letter to USDC-District of Colorado enclosing certified copies of the Indictment 1 , Judgment & Commitment Order 48 , Transfer of Jurisdiction Order 73 , and docket sheet as to defendant Wesley W. Pappas. (TCL ) (Entered: 04/24/2013) |

W____ S____ NP____

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

05 FEB 24   PM 4: 21

OFFICE OF THE CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

WESLEY W. PAPPAS,
   AKA WESLEY PANTONA,
                          Defendant.

)
)
)
)
)
)
)
)
)
)

INDICTMENT

18 U.S.C. § 922(g)(1)

8:05cr62

JUDGE SHANAHAN
MAGISTRATE JUDGE
GOSSETT

The Grand Jury charges:

COUNT I

On or about the 3rd day of January, 2005, WESLEY W. PAPPAS, also known as WESLEY PANTONA, the defendant herein, having been convicted in 1997 in the Combined Court of Jefferson County, Colorado, of Theft by Receiving, and having been convicted in 1998 in the District Court of Denver County, Colorado, of Assault, and having been convicted in 2001 in Adams County, Colorado, of 2nd Degree Burglary, and having been convicted in 2001 in Adams County, Colorado, of Vehicular Eluding, each of which is a crime punishable by imprisonment for a term exceeding one year, did, in the District of Nebraska, knowingly possess in and affecting commerce, a firearm, to wit, a Hi_point Model CF 380, .380 caliber semi-automatic pistol, serial number P802137, and ammunition, which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, § 922(g)(1).

A TRUE BILL.

FOREPERSON

MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL D. WELLMAN
Assistant U.S. Attorney

I certify this to be a true copy of
the original record in my custody.

OFFICE OF THE CLERK

By_____
              Deputy Clerk

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**
**Plaintiff**

v.

**Case Number 8:05cr62**

**USM Number 19896-047**

**WESLEY W. PAPPAS**
**Defendant**

**David R. Stickman**

**Defendant's Attorney**

---

### JUDGMENT IN A CRIMINAL CASE
#### (For Offenses Committed On or After November 1, 1987)

**THE DEFENDANT** pleaded guilty to count I of the Indictment on August 30, 2005.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title, Section & Nature of Offense | Date Offense Concluded | Count Number |
|---|---|---|
| 18:922(G)(1) - Felon in Possession of a Firearm | January 3, 2005 | I |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 *Booker/FanFan* decisions.

Following the imposition of sentence, the Court advised the defendant of his right to appeal pursuant to the provisions of Fed. R. Crim. P. 32 and the provisions of 18 U.S.C. § 3742 (a) and that such Notice of Appeal must be filed with the Clerk of this Court within ten (10) days of this date.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:
November 30, 2005

s/Joseph F. Bataillon
United States District Judge

December 8, 2005

ECF DOCUMENT
I hereby attest and certify this is a printed copy of a document which was electronically filed with the US District Court for the District of Nebraska.
Date Filed: 12/8/05
OFFICE OF THE CLERK
By _____
Deputy Clerk

Defendant: WESLEY W. PAPPAS
Case Number: 8:05cr62

Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **seventy-seven (77) months**.

The Court makes the following recommendations to the Bureau of Prisons:

1.  That the defendant participate in the 500-hour Comprehensive Drug Treatment Program or any similar drug treatment program available.

2.  That the defendant be incarcerated in **FCI-Engelwood, Engelwood, Colorado** or in a federal facility as close to his family in **Denver, Colorado** as possible.

3.  Defendant shall be given credit for time served.

    (X)  The defendant is remanded to the custody of the United States Marshal.

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, _____

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, _____ to _____, with a certified copy of this judgment.

_____
UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of Receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, _____

_____
UNITED STATES WARDEN

By:_____

Defendant: WESLEY W. PAPPAS                                                        Page 3 of 6
Case Number: 8:05cr62

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.   The defendant shall not leave the judicial district without the permission of the court or probation officer;
2.   The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.   The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.   The defendant shall support his or her dependents and meet other family responsibilities;
5.   The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.   The defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7.   The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.   The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.   The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11.  The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12.  The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13.  As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and

Defendant: WESLEY W. PAPPAS                                                                Page 4 of 6
Case Number: 8:05cr62

shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## SPECIAL CONDITIONS OF SUPERVISION

1.   The defendant shall cooperate in the collection of DNA as directed by the probation officer, pursuant to the Public Law 108-405 (Revised DNA Collection Requirements Under the Justice for All Act of 2004), if such sample was not collected during imprisonment.

2.   The defendant shall be subject to the search of the defendant's premises, vehicle or person, day or night, with or without a warrant, at the request of the probation officer to determine the presence of alcohol and/or controlled substances, firearms or any other contraband.  Any such items found may be seized by the probation officer.  This condition may be invoked with or without the cooperation of law enforcement officers.

3.   The defendant shall attend, pay for and successfully complete any diagnostic evaluations, treatment or counseling programs, or approved support groups (e.g., AA/NA) for alcohol and/or controlled substance abuse, as directed by the probation officer.

4.   The defendant shall attend, successfully complete, and pay for any anger management treatment or counseling programs, as directed by the probation officer.

5.   The defendant shall participate in a victim awareness program as directed by the probation officer. Based on the defendant's ability to pay, the defendant shall pay for the costs of the program in an amount determined by the probation officer.

6.   The defendant shall provide the probation officer with access to any requested financial information.

7.   Pursuant to 18 U.S.C. § 3583 (d), the defendant shall submit to a drug test within fifteen (15) days of release on supervised release and at least two (2) periodic drug tests thereafter to determine whether the defendant is using a controlled substance.  Further, the defendant shall submit to such testing as requested by any probation officer to detect the presence of alcohol or controlled substances in the defendant's body fluids and to determine whether the defendant has used any of those substances.  Based on the defendant's ability to pay, the defendant shall pay for the collection of urine samples to be tested for the presence of alcohol and/or controlled substances in an amount to be determined by the probation officer.

8.   The defendant shall report to the Supervision Unit of the U.S. Probation Office for the District of Nebraska between the hours of 8:00 a.m. and 4:30 p.m., 111 South 18th Plaza, Suite C79, Omaha, Nebraska, (402) 661-7555, within seventy-two (72) hours of release from confinement, and, thereafter, as directed by the probation officer.

Defendant: WESLEY W. PAPPAS                                                    Page 5 of 6
Case Number: 8:05cr62

## CRIMINAL MONETARY PENALTIES

     The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in this judgment.

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | | |

The Court has determined that the defendant does not have the ability to pay interest and it is ordered that:

### FINE

No fine imposed.

### RESTITUTION

No restitution was ordered.

Defendant: WESLEY W. PAPPAS                                                    Page 6 of 6
Case Number: 8:05cr62

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, the court orders that payment of the total criminal monetary penalties shall be due as follows:

**The defendant shall pay the special assessment in the amount of $100.00 immediately.**

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer or the United States attorney.

All financial penalty payments are to be made to the Clerk of Court for the District of Nebraska, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall inform the probation officer of any change in his or her economic circumstances affecting the ability to make monthly installments, or increase the monthly payment amount, as ordered by the court. In the event a defendant is able to make a full or substantial payment toward the remaining criminal monetary penalty, he or she shall do so immediately.

The defendant is restrained from transferring any real or personal property, unless it is necessary to liquidate and apply the proceeds of such property as full or partial payment of the criminal monetary penalty.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

---

CLERK'S OFFICE USE ONLY:

ECF DOCUMENT

I hereby attest and certify this is a printed copy of a
document which was electronically filed with the
United States District Court for the District of Nebraska.

Date Filed:_____

DENISE M. LUCKS, CLERK

By _____Deputy Clerk