UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case Number: 13-cr-00148-RBJ

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**WESLEY W. PAPPAS,**

Defendant.

## ENTRY OF APPEARANCE

Undersigned counsel, Harvey A. Steinberg, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as Counsel on behalf of the above-named Defendant.

Dated this 13th day of August, 2014.

Respectfully submitted,
s/Harvey A. Steinberg
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Wesley W. Pappas
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of August, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA James R. Allison**
**James.allison2@usdoj.gov**

                                                s/Tony Arias
                                                Tony Arias
                                                for Harvey A. Steinberg
                                                Springer and Steinberg, P.C.
                                                Attorneys for Wesley W. Pappas
                                                1600 Broadway, Suite 1200
                                                Denver, CO 80202
                                                (303)861-2800 Telephone
                                                (303)832-7116 Telecopier
                                                law@springersteinberg.com