# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 13-cr-00148-RBJ

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**WESLEY W. PAPPAS,**

Defendant.

## MOTION TO CONTINUE

The Defendant, Wesley W. Pappas, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby moves the Court to continue the Preliminary Revocation and Detention hearing currently docketed for August 14, 2014.

**AS GROUNDS THEREFOR**, the Defendant states as follows:

1. This matter is currently set for a Preliminary Revocation and Detention hearing on August 14, 2014 at 1:30 p.m.

2. Undersigned counsel was retained on this matter today August 13, 2014.

3. Undersigned counsel will be in El Paso, Texas for a previously set matter on August 14, 2014. The case in Texas is USA v. Oscar Morales-Gonzales, case number 14CR1007.

4. Undersigned counsel respectfully requests this Honorable Court continue the matter set for August 14, 2014 and set the hearing at a time that works with

this firm's calendar.

**WHEREFORE**, the Defendant prays for the relief requested, and for such other and further relief as to the Court seems just and proper in the premises.

Dated this 13th day of August, 2014.

        Respectfully submitted,
        s/Harvey A. Steinberg
        Harvey A. Steinberg
        Springer & Steinberg, P.C.
        Attorneys for Wesley W. Pappas
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springersteinberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA James R. Allison**
**James.allison2@usdoj.gov**

        s/Tony Arias
        Tony Arias
        for Harvey A. Steinberg
        Springer and Steinberg, P.C.
        Attorneys for Wesley W. Pappas
        1600 Broadway, Suite 1200
        Denver, CO 80202
        (303)861-2800 Telephone
        (303)832-7116 Telecopier
        law@springersteinberg.com