IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    13-cr-00148-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WESLEY W. PAPPAS,

       Defendant.

## NOTICE OF ATTORNEY APPEARANCE

The United States of American, by John. F. Walsh, United States Attorney for the District of Colorado, and through Martha A. Paluch, Assistant United States Attorney, hereby enters her appearance on behalf of the United States. All future notices and hearing dates should be directed to Assistant U.S. Attorney Martha A. Paluch.

Dated this 15th day of August, 2014.

       Respectfully submitted,

       JOHN F. WALSH
       UNITED STATES ATTORNEY

       By: *s/Martha A. Paluch*
       MARTHA A. PALUCH
       Assistant United States Attorney
       United States Attorney's Office
       1225 17th Street, Suite 700
       Denver, Colorado 80202
       Tel: (303) 454-0100
       Fax: (303) 454-0403
       E-mail: martha.paluch@usdoj.gov
       Attorney for the Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of August, 2014, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Harvey Abe Steinberg
Attorney for Wesley W. Passas
E-mail: law@springersteinberg.com


                                             *s/Grazy Banegas*
                                             Legal Assistant
                                             U.S. Attorney's Office