# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case Number: 13-cr-00148-RBJ

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**WESLEY PAPPAS,**

Defendant.

## ENTRY OF APPEARANCE AS CO-COUNSEL

Undersigned counsel, Ariel Z. Benjamin, from the law firm of Springer and Steinberg, P.C., hereby enters his appearance as Co-Counsel on behalf of the above-named Defendant.

Dated this 18th day of August, 2014.

>
> Respectfully submitted,
> s/Ariel Z. Benjamin
> Ariel Z. Benjamin
> Springer & Steinberg, P.C.
> Attorneys for Wesley Pappas
> 1600 Broadway, Suite 1200
> Denver, CO 80202
> (303)861-2800 Telephone
> (303)832-7116 Telecopier
> law@springersteinberg.com

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on the 18th day of August, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA James R. Allison**
**James.allison2@usdoj.gov**

                                                              s/Tony Arias
                                                              Tony Arias
                                                              for Harvey A. Steinberg
                                                              Springer and Steinberg, P.C.
                                                              Attorneys for Wesley W. Pappas
                                                              1600 Broadway, Suite 1200
                                                              Denver, CO 80202
                                                              (303)861-2800 Telephone
                                                              (303)832-7116 Telecopier
                                                              law@springersteinberg.com