## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 13-cr-00148-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

WESLEY W. PAPPAS,

       Defendant.

## NOTICE OF ENTRY OF APPEARANCE

       COMES NOW Rebecca S. Weber, Assistant United States Attorney, and enters her appearance as counsel for the Government in this matter.  Please include the undersigned counsel on all future correspondence, notices and pleadings in this case.

       Dated this 20th day of October, 2014.

       Respectfully submitted,
       JOHN F. WALSH
       United States Attorney

       By:  *s/Rebecca S. Weber*
       REBECCA S. WEBER
       Assistant United States Attorney
       United States Attorney's Office
       1225 Seventeenth Street, Suite 700
       Denver, Colorado 80202
       Telephone: (303) 454-0100
       Email: Rebecca.Weber@usdoj.gov
       ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2014, I electronically filed the **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

**Harvey A. Steinberg**
  Email: law@springersteinberg.com

**Ariel Z. Benjamin**
  Email: abenjamin@springersteinberg.com

By: *s/Debbie Azua-Dillehay*
DEBBIE AZUA-DILLEHAY
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0100
Facsimile: (303) 454-0403
E-mail: Debbie.Azua-Dillehay@usdoj.gov

2