**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case Number: 13-cr-00148-RBJ

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**WESLEY W. PAPPAS,**

Defendant.

## NOTICE OF SUBMISSIONS

The Defendant, Wesley W. Pappas, by and through his attorney, Harvey A. Steinberg, of the law firm of Springer and Steinberg, P.C., hereby submits the attached letters to this Honorable Court in anticipation of the upcoming hearing.

Dated this 24th day of December, 2014.

Respectfully submitted,
s/Harvey A. Steinberg
Harvey A. Steinberg
Springer & Steinberg, P.C.
Attorneys for Wesley W. Pappas
1600 Broadway, Suite 1200
Denver, CO 80202
(303)861-2800 Telephone
(303)832-7116 Telecopier
law@springersteinberg.com

Case No. 1:13-cr-00148-RBJ   Document 21   filed 12/24/14   USDC Colorado   pg 2 of 2

- 2 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 24th day of December, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**AUSA James R. Allison**
**James.allison2@usdoj.gov**

                                      s/Tony Arias
                                      Tony Arias
                                      for Harvey A. Steinberg
                                      Springer and Steinberg, P.C.
                                      Attorneys for Wesley W. Pappas
                                      1600 Broadway, Suite 1200
                                      Denver, CO 80202
                                      (303)861-2800 Telephone
                                      (303)832-7116 Telecopier
                                      law@springersteinberg.com

- 2 -