To Whom it May Concern,

My name is Robert Glandon and I have been acquainted with Wesley Pappas for 5 years. I first met Wesley while I was employed as the Used Car Manager at McDonald Hyundai. Over the last 5 years Wesley and I have become friends.

In that period of time I have come to learn about Wesley's character. Wesley is a man of integrity. When he says he is going to do something he does it. Regarding his carpet cleaning business he on more than a few occasions called me and offered to provide his carpet cleaning services to my family, friends, business and even to get rid of bed bugs for my 85 year old mother. At no charge I might add.

Wesley is a man who is very much the provider in his family. Not just financially but emotionally as well. I have seen firsthand how he treats his wife, sister and mother. It has always been evident to me how much Wesley loves and respects his wife.

I am not really sure what did or didn't happen to land Wesley in the position he currently finds himself. What I am sure of is that the Wesley I know would never purposefully hurt anyone. I would trust Wesley with anybody in my family and welcome him into my home without reservation.

Sincerely,

Robert Glandon
1799 E. Easter Ave
Centennial Co 80122
303-994-4232 mobile
303-795-3596 home
303-542-0885 office
Robert.glandon@audiboulder.com

**Tony Arias**

| | |
|---|---|
| **From:** | Pappas, Linda <Linda.Pappas@va.gov> |
| **Sent:** | Tuesday, November 04, 2014 9:53 AM |
| **To:** | Tony Arias |
| **Subject:** | My Letter to the judge only to the Federal Judge |

To Whom is May Concern,

My name is Linda Pappas, I am the wife of Wesley Pappas, we have known each other for many years and have been together for over 9 years and legally married since December 15, 2011. We have 3 boys Brandon who is 16, Cody who is 13 and Wesley jr who is 2. Brandon is currently a junior at Lakewood high school, his report card consists of A's and B's, he plays lacrosse for his school and is a certified life guard where he has worked the past 2 summers at Morris Park in Lakewood and in the winters he works at The Link. He also teaches swimming lessons to young kids. He has his learner's permit and is learning how to drive. Our middle boy Cody has been playing soccer since he was 4 years old, he plays for the competitive league Hummel the Colorado Ice soccer #2 team, Cody is in 8th grade at Creighton middle school, he has always been a great student, but last year around the holidays Cody lost himself, his mentor "dad" was not longer home to encourage him to do good in school, in only the ways that he could. I as his mother try my best to fill those voids, but there is nothing like the acceptance of you father, whom you try to make proud. Wesley would talk to him on the phone and see him in visit, but its not the same as going for a ride and just having heart to hearts, man to man talks to create an understanding that you can't get in a 10 minute phone call. Wesley always encourages the boys to do their best and not to make the same mistakes that he did. Wesley junior is the youngest, he was born December 19, 2011. Baby Wes was only 1 years old when Wesley was arrested, he is going to be 3 in December. There has been so many milestones and memories that Wesley has not been able to personally experience because of this situation, memories that can never be given back. Baby Wes misses his "Babe" as that is what he calls him.

When Wesley came out of prison he looked for a job and a way to bring in money to help support our boys and I, he worked as a janitor, He was very persistant and got a job as a carpet apprentice for Coventry Carpets, he worked 80 plus hours per week, and took a huge interest in carpet installation hard work but satisfying, he bought tools with some of his first paychecks. Over the next year he was able to save up enough money for a down payment on a house for us, we had been living in an apartment in littleton ,co but found a house in the outskirts of Aurora, CO a quiet community where everyone minded their own business, worked hard and enjoyed their families. The boys have always gone to school in lakewood, and Wesley would continue that drive after moving to Aurora. The drive is at least 45 minutes one way every morning, then it was off to work long hard days to support his family. In June of last year we started out own Carpet Installation business, venturing out on his own and subcontacting jobs through Carpet Direct, we have our own business name, liability business insurance, federal tax ID number, we had 2 work crews, our business was really taking off. Our business was the number one carpet installation contractor crew for carpet direct with many repeat customers. Our business is no more, we can't run the business when the owner is not there to do the work too. Wesley has done work in many known named Colorado celebrities homes, he has a great reputation in his field of work.

1

I personally have worked for the same company for over 23 years, I run the security part of my company and am required to have a Secret clarence with Dept of Defense which I have held for over 20 years. I also worked for our own business doing the book keeping and making sure our taxes were filed every year. Wesley is my best friend, the provider of our home, Wesley is the most generous man I know, he helped flood victims by giving them carpet and free installations, Wesley would meet a perfect stranger off the streets and would do whatever he could to help them such as giving them a job, a roof over their head. Wesley has done this with many of his friends and nephews as well. The motto Wesley always say is if he knew it was this easy he would have did this along time ago, meaning a contributing member of society, working hard and enjoying the benefits of living an honest life. Wesley has changed his outlook on life since coming out of prison in 2010, Wesley touches peoples lives and makes a difference, he is always willing to help. The day of court Wesley and I were there to support our family, not to condone the actions, but you don't stop loving your family just because they make mistakes. Our baby was there with us that day, there was nothing vindictive on our part about that day, but only to say it was a sad day. We were the last ones to leave the courtroom, then proceeded to the front of the courthouse where we remained with the rest of our family to discuss the outcome and the sadness in our hearts. If there was a fault of Wesley's that day, it was going to the courthouse and putting himself in a position to become a target in a very emotional case. Because Wesley has a past he was the biggest target, Wesley has made his mistakes in the past and has paid his dues for those crimes. Wesley is a changed person and wouldn't put himself nor his family in that type of situation intentionally. Our home is broken without my husband, without the father to our sons. We struggle to make it every month, our needs our great but our greatest need is Wesley, We need him. Because of this situation I no longer feel safe in my own home, and it is really sad because the people that I am the most afraid of are the people who are supposed to serve and protect. The evidence of this case is minimal, but because of my husbands past he doesn't get a fair chance even though he is innocent, Making the decision to take an Alford plea even though he is innocent has been one of the hardest decision that he has ever had to make, but we made that decision so that he could one day come home to his family.

I ask the court to please show mercy on my husband and give him a chance to live his life, yes he has made mistakes but he has made a lot of accomplishments too! Please take all this into consideration when imposing his sentence. Please let my husband come home to his family.

**Tony Arias**

| | |
|---|---|
| **From:** | Pappas, Linda <Linda.Pappas@va.gov> |
| **Sent:** | Tuesday, November 04, 2014 9:54 AM |
| **To:** | Tony Arias |
| **Subject:** | FW: [EXTERNAL] Fwd: Wesley character letter |

To Whom it May Concern:

I am writing this letter for your due consideration, pertaining to the impending sentencing of Mr. Wesley Pappas. I have been personally acquainted with Mr. Pappas for some time, during which he provided significant and substantial assistance to me in a particularly turbulent period of my life. It is largely due to his endeavors that I was able to overcome the trauma and tragedy that had fallen upon me. With unparallelled generosity, he donated his time, effort and resources to ensure that I was provided safety, security and substances.

Mr Pappas's character is that of a man who willingly and selflessly comes to the aid of others in need, never seeking compensation . As case in point, during the heavy rainfall and flooding in the fall of 2013, Mr Pappas came to the assistance of many victims who has suffered damage and/or loss of property.

Mr. Pappas has a young son and 2 older step sons, who could do nothing but benefit from the example their father exhibits of what a true humanitarian is. I am not ignorant of his past record and history with the court system. However, it is my earnest hope that when you ponder upon an appropriate sentence, you will take into consideration the character of this man, that I am most grateful and honored to know.


Respectfully Submitted

Linda Tolbert

1

**Tony Arias**

| | |
|---|---|
| From: | Pappas, Linda <Linda.Pappas@va.gov> |
| Sent: | Tuesday, November 04, 2014 9:55 AM |
| To: | Tony Arias |
| Subject: | FW: [EXTERNAL] Fwd: Letter for Wesley Pappas |

To Whom it May Concern:

I am writing this letter today to give you insight on a determined, loving and hardworking individual. Despite all his minor setbacks in life, he always woke up everyday trying to be a better man than the day before. Wesley pappas (my uncle) is one of the greatest men in my life who always gave a positive outlook in every situation. He is always pushing and guiding you to accomplish more in life and showing you that when you work hard you can achieve anything you put your mind to.My uncle Wesley is an amazing role model and a great father figure to his kids and to myself. I know Wesley as that kind hearted, respectable and honorable working man. Yes, he has a bad record behind his name but we all make mistakes, but its those of us who learn from them that become a changed man just as my uncle Wesley has. He has guided me through every negative and positive situation I had in life. He's the one who made the man I am today. About a week before my uncle was arrested he accompanied me to The Youth on Records Gala where I was a receipant of thier highest honor. Its a program to help at risk youths make a better life. My uncle was there walking on the red carpet right by my side and cheering me on as I celebrated a huge day for me, I asked my uncle to be there with me as he has always been there for me to try and help me be a better man and not to make the same mistakes that he had. My uncle had started taking me to work and was teaching me how to install carpet. When people enter his presence they feel his positive energy and look up to his knowledge and the urge to help everyone learn from his own mistakes. Wesley is always placing others before himself, from being family or a stranger on the streets. So Your honor my uncle Wesley is a very missed and loved man, I hope you can see how much of an influence he is on so many young individuals life's. I do feel he has learned a lot from this experience and seen how many people truly look up to him. Bring the hardworking man he is home and watch he's success and knowledge affect people around him.

       Sincerely:
   Jose Cruz Chavez

# Tony Arias

**From:** Pappas, Linda <Linda.Pappas@va.gov>
**Sent:** Tuesday, November 04, 2014 9:59 AM
**To:** Tony Arias
**Subject:** FW: Letter of character reference Wesley Pappas

To Whom it May Concern:

This letter is a character reference for Wesley Pappas who is currently incarcerated. I wrote a letter last year about my interactions and my husbands interactions with Wesley and his family. Since then I have had the opportunity to speak with him on the phone and instead of being concerned about his situation, he spent our time on the phone asking about my husband Erik and his cancer and how he and our family was doing. I can't imagine that someone who is in a dire situation caring more about others than himself, which just further speaks to his character.

I know that Wesley has made bad choices in the past, and he has paid for his crimes against society. But I have to believe that people can change, maybe not everyone but I believe that Wesley can. For instance, his sister became employee of the year for the company that she works for. I see his mom, his sister, every day trying to do the right thing and make a better life for themselves. I hope that the court will consider the goods things that Wesley was able to accomplish after he was released. He was an excellent role model to his nephews, the way he was encouraging them to do the right thing.

I can't understand why Wesley went to the court that day, other that he said the person was like a brother to him. But in any case or event, it is done. He has paid enough for not making a wise choice to go on with making his life better for himself and his family.

I see his family suffer because the little one does not have his father, Linda is without a husband trying to make it but basically she has become a single mother. It would be nice to see the justice system concentrate on real criminals and release Wesley so he can get back to making amends to society and taking care of his family.

Thank you for taking the time to read this and I hope that Wesley gets to join his family soon.

Always - Christine and Erik Egan

720-217-6175

1

To Whom it May Concern                                              8/28/14

Wesley Pappas is the husband of Linda Pappas which I have worked with over the last four years. Linda is very responsible mother and supervisor and has held her job for over twenty two years, as well as holds a secret clearance with the Department of Defense for over 20 years.

I met Wesley over two years ago, he is a good father to their son and his step sons by being a responsible husband and father, his son's are 16, 13 and 2. His oldest son is a junior in high school, makes good grades, plays on the Lacrosse team, is a certified life guard for almost 2 years. The middle son is in 8th grade, makes good grades, has played soccer since he was a toddler, the baby will be 3 in December, Wesley got locked up with this case when his baby was still one years old. These boys need their dad. From my observation Wesley has been a good provider for his family and a very hard worker spending long hours daily working to make a financial secure life style for his family.

Linda his wife has shared with me how they were able to purchase their first home for his family after working hard to accomplish their family goal. Wesley has made remarkable progress in the short period of time of being out of prison. His relationship and love for his wife Linda and their children has been his motivation to be the example of a good husband and father.

I feel that Wesley deserve a chance to remain with his family and to be there for them for the sake of his families best interest. My opinion is that Wesley is not a threat to his community and others. His entire focus and motive has been for his family and making a better life for them.


GLENN FISHER

VA Hospital Supervisor Patient Escort Department

Glenn.Fisher@va.gov

303-399-8020X2465

To Whom it May Concern,

      I am writing this letter on behalf of Wesley Pappas, I have known Wesley for nearly three years through interactions with his wife Linda. I was a guest at their wedding and consider myself their friend. Wesley, the man that I have known is able to show great compassion and love to his family. His heart is big and he is generous. Please give him an opportunity to continue to show these wonderful qualities to his family and his community. In his absence from his family and friends we ask that you let him exercise the lessons he has learned in these recent moments to better himself, strengthen his family, and contribute to his community. We humbly implore your mercy, not only on this man, but on his family who desire more than anything to guide and support him on a changed life.

Sincerely,

Ricardo Brunet

720-857-5045
*"Being good at something may be a coincidence, but being great at it is a choice"*

# Tony Arias

| | |
|---|---|
| **From:** | Pappas, Linda <Linda.Pappas@va.gov> |
| **Sent:** | Tuesday, November 04, 2014 10:59 AM |
| **To:** | Tony Arias |
| **Subject:** | RE: [EXTERNAL] Fwd: Referrence Letter |

To Whom It May Concern:

I am writing this letter in reference to the character of Wesley Pappas. I have known Wesley since approx. 2010. I met him when he was dating my cousin, now his wife Linda. I ended up performing their wedding ceremony when they married.

In meeting Wesley, I immediately noticed his great love and care for my cousin and her two boys. I have worked with troubled youth as a youth pastor and as a senior pastor for over 35 years. From the streets of Denver, CO to San Diego., to Seattle, WA., to Oakland, California to where I now live and Pastor in Pueblo, Co. I see, I recognize and discern character, motive, hurt, anger and hypocrisy quickly due to the high volume of kids I have worked with. I cannot vouch for Wesley's past before I met him, but this I can say and am willing to bet my life and ministry on. When he became a father, he changed. Something in him changed. His hardness, his desires, his goals began to be redirected. And that was just with his step sons. When he had his own son..... his heart melted. His focus became his family and not the thug life he was involved in the past. His focus became his children and his spouse, not the drugs, violence and chaos that had spattered his past. He may have in a moment of weakness or even passion, slipped back to the old man, but this old man is what he has desired to be, nor the man who he has become. Even this time of incarceration and his time away from his family has filtered his life even more. He knows and recognizes the error of his ways and is strongly set in his heart and life to never walk in that place of weakness again. I would plead for the mercies of the court and ask the Wesley be given a chance to prove himself. He has a strong family support group. He is surrounded by positive pressure and high values. He is set up to succeed and not to fail if given such a chance.

If you need any other information nor references of my character and proven ministry, please email me @ tictoc-griego@comcast.net or call me at 719-406-3313. Thank you for your time and careful consideration in this matter.


Sincerely,

Mark D. Griego


Senior Pastor of City Gate Ministries
924 Alexander Circle
Pueblo, CO 81001

---

**From:** Pappas, Linda
**Sent:** Wednesday, August 27, 2014 7:56 AM
**To:** Tarias@springersteinberg.com
**Subject:** FW: [EXTERNAL] Fwd: Referrence Letter

Wesley Pappas

1

August 22, 2014

To whom it may concern:

I am writing this letter on Behalf of Wesley Pappas. I have known Wesley since we were kids he has always been a great friend and a reliable person. I know that he has made some mistakes in life but he too has made some great accomplishments.

Since his release he has maintained employment, even staring his own Carpet Company. He is not only great father to his own son but also has taken the father role for his Wife's two boys. He is a great role model for them and a hard worker.

Please take into consideration when sentencing Wesley that he has grown up and just wants to do what's right for his family. Thank you for your time and consideration. Please contact me if you have any questions.

Thank You in advance

Melissa Ruiz

720.309.6757



**BAYAUD ENTERPRISES**

*Employment Matters*

August 26, 2014

To Whom It May Concern:

Bayaud Enterprises is a non-profit organization in the Denver Metro area providing training and job opportunities for people that are economically disadvantaged and have barriers to employment for over 45 years.

This letter is in support of Wesley Pappas who initially came to Bayaud Enterprises looking for assistance in finding employment opportunities soon after he was paroled. Wesley was offered a janitorial job and he gladly accepted the opportunity. He was hired on December, 15, 2010 until January 15, 2011 when he was offered a better position with higher pay. Wesley made a long lasting impression while employed with our program, as he was very reliable, always on time took the initiative to stay busy and very flexible. Bayaud will continue to provide support for Wesley by offering assistance in finding employment opportunities, if needed.

Wesley kept in touch with us always grateful that he was given this opportunity to find employment soon after he was paroled back to his family. He shared with us of how happy he was that he had found a good wife, had a child and was a good father figure to his wife's children as well. They both worked very hard and were able to buy a home and settled with their children, until this unfortunate situation took place.

We want to extend and continue our support for Wesley and his family. We're asking the court to have compassion and allow him the opportunity to return to his family that greatly misses him and needs him. We believe that Wesley has proven in this short time that he's been a productive member of society.

Please don't hesitate to call me if you need further information. Thank you in advance for any consideration you can give our request regarding Wesley Pappas during this difficult time.

Sincerely,

Maria Vallejo
Manager of Employment Services
303-830-6885 x 210

P 303 830 6885
F 303 830 6653

333 W Bayaud Ave, Denver CO  80223
bayaudenterprises.org

HOPE.
OPPORTUNITY.
CHOICE.

November 14, 2013

RE:  Wesley Pappas – Character Reference from Erik & Christine Egan

To Whom It May Concern/Your Honor,

    This letter is for a character reference for Wesley Pappas. We could not be present at the hearing today due to work conflicts. We have known Wesley for almost a year now and several months ago he did a job replacing carpet at a property we owned in Henderson. Wesley was so accommodating to our schedules and he did an incredible job. The neighbors were also impressed by his work.

    While he was installing the carpet, I had invited his family, which included his nephews to the house. I was so encouraged hearing him mentor his nephew Adrian. Advising Adrian not to follow in his previous foot prints and that it was important to work hard and do the right thing. Wesley talked about his past and how he was working to repair his life and relationships. The importance of being a good member of society, how it does not pay to do the wrong thing. A statement sticks out when he said "If I would have known back then, I would have never traveled down that road."

    I see Wesley with his young son and wife and see a very caring individual and also very responsible. We enjoy spending time with him because he is so honest about his past and mistakes and what he is doing in his life now. Plus, he makes us laugh and truly enjoy the precious moments in life. It breaks my heart to see his family struggling so much without him. His young son needs his father, and I have seen firsthand that he wants more for his family and children.

    I hope that you can see that Wesley is truly rehabilitated and an active member in society. Please do not hesitate to contact us at 720-285-9871 if you would like more feedback. We are both US veterans and have had lots of experience with variety of individuals because we work in a hospital environment. Erik Egan comes from a family of police officers and can vouch for Wesley's character.

Kindest Regards,

*Christine M. Egan   Erik W. Egan*
Christine M. Egan & Erik W. Egan

August 28, 2014

To whom it may concern

I'm writing this letter in regards to Wesley Pappas. I've had the pleasure of knowing Wesley and his family for close to 10 years. Over that time Wesley and his family have been truly special in my life doing whatever they can to be there for me and my family.

It's a difficult task for those coming out of our judicial system to adjust to society. It's a sad statistic to see so many people released and fall back into their old habits. What I observed from Wesley were all great accomplishments. Striving to be a better person and working hard towards the goals he set for himself. To see all the progress he made in such a short amount of time was nothing short of special. I had the pleasure of baring witness to Wesley and his wife Linda starting their life together as a married couple. Starting a family and displaying a drive and a work ethic by starting their own business is an accomplishment and proof that he would do anything necessary to not fall back into the past mistakes he made in his youth.

Your honor, as you can see by the many letters of support for Wesley please consider all the positive strides Wesley has made in his life. He has truly proven to be a productive member of society.

If you have any questions please feel free to contact me.

Thank you

Francisco Ruiz

303 886-8752