IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 13-cr-00148-RBJ | Date:  January 5, 2015 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | N/A | Probation: Dee Clark |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff(s)** | *Martha A. Paluch* |
| v. | |
| 1. WESLEY W. PAPPAS<br>**Defendant(s)** | *Harvey A. Steinberg* |

## COURTROOM MINUTES

**HEARING ON SUPERVISED RELEASE VIOLATION**

Court in session:  1:01 p.m.

Appearances of counsel.

Defendant is present in custody.

The defendant stipulations as to violation number 1 alleged in the Amended Petition on Supervised Release [17].

Argument given on sentencing.

**ORDERED:**  The defendant is resentenced to the Bureau of Prisons for a term of **6 months**.

The Court notes the intent is for the defendant's total sentence to be 21 months with 15 months of credit so that he will serve an additional six months and then be released.  The Court notes if that does not happen in state court, parties may seek a reconsideration.

**ORDERED:**  The defendant is **REMANDED** to the custody of the United States Marshal.

Court in Recess:  1:21 p.m.          Hearing concluded.          Total time in Court:  00:20