UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 13-cr-00148-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

**1.   WESLEY W. PAPPAS,**

Defendant.

_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

Joseph Saint-Veltri and Martha H. Eskesen of MARTHA H. ESKESEN, P.C.,

hereby enters their appearance as counsel for defendant Wesley W. Pappas in the

above-captioned action.

Dated:  June 28, 2021                   s/Joseph Saint-Veltri_____
                                        JOSEPH SAINT-VELTRI, Esq.
                                        1290 Williams St. #202
                                        Denver, Colorado 80218
                                        (303) 356-4438 (PHone)
                                        jsvlawoffice@gmail.com (email)


                                        MARTHA H. ESKESEN, P.C.

                                        s/ Martha H. Eskesen_____
                                        Martha H. Eskesen
                                        5445 DTC Parkway, Penthouse 4
                                        Greenwood Village, CO 80111
                                        Telephone:   (303) 486-6938
                                        Facsimile:   (303) 573-4921
                                        Email: meskesen@eskesenlaw.com

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 28, 2021, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Martha.Paluch@usdoj.gov

And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Wesley Pappas              (via U.S. Mail)

MARTHA H. ESKESEN, P.C.

s/ Martha H. Eskesen
Martha H. Eskesen
5445 DTC Parkway, Penthouse 4
Greenwood Village, CO 80111
Telephone:   (303) 486-6938
Facsimile:   (303) 573-4921
Email: meskesen@eskesenlaw.com