UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Action No. 13-cr-00148-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

**1.    WESLEY W. PAPPAS,**

        Defendant.
_____

**NOTICE OF ATTORNEY APPEARANCE**
_____

    Joseph Saint-Veltri and Martha H. Eskesen of MARTHA H. ESKESEN, P.C., hereby enters their appearance as counsel for defendant Wesley W. Pappas in the above-captioned action.

| | |
|---|---|
| Dated:  June 28, 2021 | s/Joseph Saint-Veltri<br>JOSEPH SAINT-VELTRI, Esq.<br>1290 Williams St. #202<br>Denver, Colorado 80218<br>(303) 356-4438 (PHone)<br>jsvlawoffice@gmail.com (email)<br><br>MARTHA H. ESKESEN, P.C.<br><br>s/ Martha H. Eskesen<br>Martha H. Eskesen<br>5445 DTC Parkway, Penthouse 4<br>Greenwood Village, CO 80111<br>Telephone:   (303) 486-6938<br>Facsimile:    (303) 573-4921<br>Email: meskesen@eskesenlaw.com |

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on June 28, 2021, I electronically filed the foregoing **NOTICE OF ATTORNEY APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Martha.Paluch@usdoj.gov


And I hereby certify that I have mailed or served the foregoing document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc) indicated by the non-participant's name:

Wesley Pappas             (via U.S. Mail)

                                               MARTHA H. ESKESEN, P.C.

                                               s/ Martha H. Eskesen
                                               Martha H. Eskesen
                                               5445 DTC Parkway, Penthouse 4
                                               Greenwood Village, CO 80111
                                               Telephone:   (303) 486-6938
                                               Facsimile:    (303) 573-4921
                                               Email: meskesen@eskesenlaw.com